IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JESSE R. THOMAS, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 3:07-CV-13 (CDL) |
| TYDUS MEADOWS, Warden | * | |
| Respondent | * | |

ORDER ON RECOMMENDATION

    This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on February 11, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 9th day of March, 2010.

                                                      S/Clay D. Land
                                                          CLAY D. LAND
                                         UNITED STATES DISTRICT JUDGE